*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 19-BG-1074**

IN RE KATHERINE R. NUSSBAUM

**2019 DDN 232**

An Administratively Suspended Member of
the Bar of the District of Columbia Court of Appeals

**Bar Registration No. 499680**

BEFORE: Glickman and Fisher, Associate Judges, and Nebeker, Senior Judge.

## O R D E R
(FILED – January 30, 2020)

On consideration of the certified order of the Supreme Court of Illinois suspending respondent from the practice of law in that jurisdiction for a period of one year and until further order of that court; this court's November 20, 2019, order suspending respondent and directing her to show cause why this court should not impose the equivalent reciprocal discipline of a one-year suspension with fitness; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent has failed to file either a response to this court's show cause order or her D.C. Bar R. XI, § 14(g) affidavit, it is

ORDERED that Katherine R. Nussbaum is hereby suspended from the practice of law in the District of Columbia for a period of one year with reinstatement contingent on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as she files a D.C. Bar R. XI, § 14(g) affidavit.

**PER CURIAM**